**AMRANE COHEN**
**CHAPTER 13 TRUSTEE**
**770 The City Drive South, Suite 3300**
**Orange CA, 92868**
**Tel: (714) 621-0200**
**Fax: (714) 621-0277**

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| IN RE:<br>**YOLANDA N SIFUENTES**<br><br>Debtor(s). | **Chapter 13**<br>**Case No.: 8:09-bk-20211-RK**<br><br>**NOTICE THAT TRUSTEE MAY MAKE AN ORAL MOTION TO DISMISS OR CONVERT THIS CASE FOR CAUSE**<br>**Confirmation Hearing**<br>DATE:    12/9/2009<br>TIME:    1:30:00PM<br>CRTRM: 5D    at 411 W. 4th St., Santa Ana, CA |

NOTICE IS HEREBY GIVEN that on the date, time and in the Courtroom above referenced, the Court will consider confirmation of the Debtor(s)' Chapter 13 Plan.  In the event the Debtor(s)' Plan is not confirmed by the Court at that hearing, the Court will also consider the Chapter 13 Trustee's motion to dismiss the case, including dismissal with a 180-day bar against refiling under 11 U.S.C.  Section 109(g), or to convert the Chapter 13 Case to Chapter7, should the Debtor(s) fail to: (1) comply with 11 U.S.C.  Section 1307; (2) comply with 11 U.S.C. Section 1322; (3) comply with 11 U.S.C. Section 1325; (4) comply with Local Bankruptcy Rule 3015-1; and/or, (5) comply with orders of the Court.

NOTICE IS FURTHER GIVEN that opposition, if any, to such oral motion by the Trustee may be presented at that hearing.

Dated: October 15, 2009.                                        /s/ AMRANE COHEN
                                                                                Amrane Cohen, Chapter 13 Trustee

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF ORANGE:

I am employed in the County of Orange, State of CAlifornia. I am over the age of 18 years and not a party to the within action. My business address is 770 The City Drive South, Suite 3300 Orange, California 92868.

BY MAIL: I am "readily familiar" with this office's practice of collecting and processing mail. Under that practice mail is deposited with the United States Postal Service, with the postage theron fully prepaid, at Orange California on the same day that it is collected and processed in the ordinary course of business. On the date set forth above I deposited envelopes containing the foregoing document and addressed as set forth above in the appropriate receptacle maintained by this office for collectiong and processing mail. I am aware that service is presumed invalid if the postal cancellation date or the postage meter date is more than one day after the date of deposit for mailing in this affidavit.

On October 15, 2009 I served the foregoing document on the interested parties in this action as follows:

YOLANDA N SIFUENTES
1401 W CHEVY CHASE DR
ANAHEIM, CA 92801

I declare under penalty of perjury that the foregoing statements are true and correct.
Executed on October 15, 2009 at Orange California.

/s/ ADRIANA PATHE
ADRIANA PATHE